UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

**05 CV 11708 RGS**

|   |   |
|---|---|
| IN RE: ) | Chapter 7 |
| ) | Case No. 04-10157 |
| ONTOS, INC., ) | |
| ) | |
| Debtor. ) | |

Notice of Appeal under 28 U.S.C.
section 158(a) or (b) From a Judgment,
Order or Decree of a Bankruptcy Judge

NOTICE OF APPEAL

T. Mark Morley, the appellant appeals under 28 U.S.C. section 158(a) or (b) from the judgment, orders, or decree of the bankruptcy judge in respect to **DENYING THE RELIEF REQUESTED IN MORLEY AND MCCOY'S OBJECTION TO THE MOTION BY THE TRUSTEE FOR APPROVAL OF STIPULATION; DENYING THE RELIEF REQUESTED IN MORLEY AND MCCOY'S MOTION TO PROCEED AND GRANTING THE MOTION BY THE TRUSTEE FOR APPROVAL OF STIPULATION BY AND BETWEEN THE TRUSTEE AND VENNWORKS, LLC., AMPHION VENTURES, FIRESTAR SOFTWARE, INC., ROBERT J. BERTOLDI, RICHARD C.E. MORGAN AND KENNETH LORD** entered on the 29th day of June, 2005.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are:

VennWorks LLC., Amphion Ventures Firestar Software, Inc. Robert J. Bertoldi Richard C.E. Morgan, Kenneth Lord Thomas J. McCoy, T. Mark Morley and Joseph G. Butler, trustee and Ontos, Inc.

The attorneys are:
Joseph G. Butler                                Butler
Barron & Stadfield, P.C.
100 Cambridge Street, Suite 1310
Boston Massachusetts 02114

1

| | |
|---|---|
| **Morley Notice of Appeal**<br>T. Mark Morley<br>BBO # 355320<br>30 Deerpath Road<br>Dedham, MA 02026<br>781-461-9211 | Morley |
| **McCoy Notice of Appeal**<br>Kevin J. O'Connor<br>Mayeti Gametch<br>James W. Bell<br>Paragon Law Group, LLP<br>184 High Street<br>Boston, MA 02110 | McCoy |
| Philip Silverman<br>Donald Farrell<br>Anderson & Aquino<br>260 Franklin Street<br>Boston Massachusetts 02110<br>617-439-3500 | Ontos, Inc. |
| Harold B. Murphy<br>Christian J. Urbano<br>Hanify & King<br>Professional Corporation<br>One Beacon Street<br>Boston, Massachusetts 02108<br>617-423-0400 | Firestar and Lord |
| Eric P Heichel<br>Eiseman Levine Lehrhaupt & Kakoyiannis, P.C.<br>845 Third Avenue<br>New York, New York 10022<br>212-752-1000 | Firestar, Lord, Vennworks,<br>Amphion, Bertoldi, Morgan |

Additionally, the parties on the attached Service List are affected by the Orders.

Dated: July 11, 2005              Signed: *T. Mark Morley/MB*
                                   T. Mark Morley, Pro se
                                   Appellant

                                   BBO # 355320
                                   30 Deerpath Road
                                   Dedham, MA 02026
                                   781-461-9211

0007-002-101873

UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order of Court

In re: Ontos, Inc.                                              Case#: 04-10157    Ch: 7

MOVANT/APPLICANT/PARTIES:

#30 Motion to Approve Stipulation
#29 Stipulation by Trustee J. Butler
#53 Objection by Creditor Thomas McCoy and T. Mark Morley #54 Affidavit of M. Morley
#55 Declaration of K. O'Connor
#64 Response
J. Butler, M. Gametchu

OUTCOME:

☐ -By Agreement of the Parties

30  Granted_____Approved_____Sustained
____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
____OSC enforced/released

____Continued to:_____For:_____

____Formal order/stipulation to be submitted by:_____Date due:_____
____Findings and conclusions dictated at close of hearing incorporated by reference.

____Taken under advisement:  Brief(s) due_____From_____
                              Response(s) due_____From_____
____Fees allowed in the amount of: $_____Expenses of: $_____

____No appearance/response by:_____

____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

_____
_____
_____
_____
_____
_____
_____
_____
_____

IT IS SO NOTED:                          IT IS SO ORDERED:

                                         /s/ William C. Hillman
_____                   _____Dated: 06/29/2005
Courtroom Deputy                         William C. Hillman, U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order of Court

In re: Ontos, Inc.                                              Case#: 04-10157   Ch: 7

MOVANT/APPLICANT/PARTIES:

#30 Motion to Approve Stipulation
#29 Stipulation by Trustee J. Butler
#53 Objection by Creditor Thomas McCoy and T. Mark Morley #54 Affidavit of M. Morley
#55 Declaration of K. O'Connor
#64 Response
J. Butler, M. Gametchu

OUTCOME:

☐ By Agreement of the Parties

30  Granted ____ Approved ____ Sustained
____ Denied ____ Denied without prejudice ____ Withdrawn in open court ____ Overruled
____ OSC enforced/released

____ Continued to: _____ For: _____

____ Formal order/stipulation to be submitted by: _____ Date due: _____
____ Findings and conclusions dictated at close of hearing incorporated by reference.

____ Taken under advisement: Brief(s) due _____ From _____
                              Response(s) due _____ From _____
____ Fees allowed in the amount of: $_____ Expenses of: $_____

____ No appearance/response by: _____

____ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

IT IS SO NOTED:                          IT IS SO ORDERED:

                                         /s/ William C. Hillman
_____                       _____ Dated: 06/29/2005
Courtroom Deputy                         William C. Hillman, U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE:                          )
                                )   Chapter 7
                                )   Case No. 04-10157
ONTOS, INC.,                    )
                                )
              Debtor.           )
                                )

## CERTIFICATE OF SERVICE

I, Mayeti Gametchu, hereby certify that on July 11, 2005, I caused true and correct copies of the MOTION FOR STAY PENDING APPEAL, NOTICE OF APPEAL, ELECTION TO PROCEED TO DISTRICT COURT, AND ORDERS ENTERED IN BANKRUPTCY COURT together with a copy of this CERTIFICATE OF SERVICE on the Chapter 7 trustee, Joseph G. Butler, and on the persons listed below by mailing a copy of the same by first class mail or by FedEx where indicated.

_____[signature]_____

Joseph G. Butler
Barron & Stadfeld
50 Staniford Street
Suite 200
Boston, MA 02114

Donald F. Farrell, Jr.
Philip Silverman
Anderson Aquino LLP
260 Franklin Street
Boston, MA, 02110
(by FedEx)

John Fitzgerlad
Office of the U.S. Trustee
10 Causeway Street
Boston, MA 02222

American Express Travel Rel.

Svcs. Co. Inc. Corp. Card
c/o Becket & Lee LLP
PO Box 3001
Malvern, PA 19355

AMEX BF
600 Travis St., Ste. 1400
Houston, TX 77002

Amphion Ventures LP
350 Madison Ave
New York, NY 10017
(by FedEx)

Andover Mills Realty
Urban Commercial
200 Brickstone Square, Ste. G09
Andover, MA 01810

BEA Systems, Inc.
2315 North First Street
San Jose, CA 95131

Bowditch & Dewey

161 Worcester Rd.
Box 9320
Framingham, MA 01701

Comm. of Mass. DOR
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114-9564

Comm. of Mass. REA
Div. of Employment and Training
19 Staniford St.
Boston, MA 02114-2566

David Brooke Associates
250 Park Avenue
17th Floor
New York, NY 10177

Delta Dental Plan of Mass
dba Dental Services of Mass.
465 Medford St.
Boston, MA 02129

Deluxe Systems
50 Strafello Drive
Avon Industrial Park
Avon, MA 02332

Dept. of the Treasury-IRS
JFK PO Box 9112
Insolvency Group 2
Stop 20800
Boston, MA 02203

Ernst & Young
1285 Avenue of the Americas
New York, NY 10019

Mark Kaplan
12 Lantern Lane
Chelmsford, MA 01824

Mass. DET
Attn: Chief Counsel
Hurley Bldg. Govt. Ctr.
Boston, MA 02114
(by FedEx)

Ontos, Inc.
c/o Robert Bertoldi -
Vennworks
350 Madison Ave.
New York, NY 10017
(by FedEx)

Robert Bertoldi
500 East 77th Street
Apt. 2322
New York, NY 10162
(by FedEx)

Kenneth Lord
Firestar, Inc.
31 Nagar Park
Acton, MA 01720
(by FedEx)

Kenneth Lord
11 Suzanne Road
Lexington, MA 02420
(by FedEx)

Richard E. Morgan
88 Foxwood Road
Stanford, CT 06903
(by FedEx)

Pitney Bowes Credit Corp
Attn: Recovery Department
27 Waterview Dr.
Shelton, CT 06484-4361

Silver Plume
4775 Walnut St, Ste 2B
Boulder, CO 80301

Stephen Ford
1213 John Street
Baltimore, MD 21217

Vennworks
350 Madison Ave, 16th flr.
New York, NY 10017
(by FedEx)

William Yerkes

282 Kendall Road
Tewksbury, MA 01876

FireStar Software, Inc. and
Kenneth Lord
Christian J. Urbano
Hanify & King, P.C.
One Beacon Street
Boston, MA 02108-3107