UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: *Ontos, Inc*

*T. Mark Morley* v. *Ontos*

BANKRUPTCY APPEAL

CIVIL ACTION NO. 05-11708-RGS

**ORDER**

*Stearns*, D. J.

A Notice of Appeal of a decision of the Bankruptcy Court and the Record on Appeal having been filed in the above-entitled action on __8/17/05__,

IT IS HEREBY ORDERED that the Appellant's brief shall be filed on or before __10/10/05__ and the Appellee's brief shall be filed on or before __10/24/05__. The Appellant may file and serve a reply brief on or before __11/4/05__.

Failure of the Appellant to file a brief on the date set forth above will result in the entry of an Order dismissing the appeal. Failure of the Appellee to file a brief may result in a decision by the Court without further opportunity for presentation of arguments by the Appellee.

__8/19/05__
Date

By the Court,

/s/ *Deputy Clerk*

(Bkappeal.ord – 09/92)                                                                 [bro.]