UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                        )
IN RE:                                  )      Chapter 7
                                        )      Case No. 04-10157
ONTOS, INC.,                            )
                                        )
                    Debtor.             )
_____)

## CERTIFICATE OF SERVICE

In addition to those individuals who received notice of electronic filing, I, Mayeti Gametchu, hereby certify that on November 8, 2005, I caused true and correct copies of Appellants' Reply Brief in the above captioned matter on the persons or entities listed below by mailing a copy of the same by first class mail.

                                        /s/ Mayeti Gametchu


Joseph G. Butler                        AMEX BF
Barron & Stadfeld                       600 Travis St., Ste. 1400
50 Staniford Street                     Houston, TX 77002
Suite 200
Boston, MA  02114                       Amphion Ventures LP
                                        350 Madison Ave
Donald F. Farrell, Jr.                  New York, NY 10017
Philip Silverman
Anderson Aquino LLP                     Andover Mills Realty
260 Franklin Street                     Urban Commercial
Boston, MA, 02110                       200 Brickstone Square, Ste. G09
                                        Andover, MA 01810
John Fitzgerlad
Office of the U.S. Trustee              BEA Systems, Inc.
10 Causeway Street                      2315 North First Street
Boston, MA 02222                        San Jose, CA 95131

American Express Travel Rel. Svcs. Co.  Bowditch & Dewey
Inc. Corp. Card                         161 Worcester Rd.
c/o Becket & Lee LLP                    Box 9320
PO Box 3001                             Framingham, MA 01701
Malvern, PA 19355

Comm. of Mass. DOR  
Bankruptcy Unit  
P.O. Box 9564  
Boston, MA 02114-9564  

Comm. of Mass. REA  
Div. of Employment and Training  
19 Staniford St.  
Boston, MA 02114-2566  

David Brooke Associates  
250 Park Avenue  
17th Floor  
New York, NY 10177  

Delta Dental Plan of Mass  
dba Dental Services of Mass.  
465 Medford St.  
Boston, MA 02129  

Deluxe Systems  
50 Strafello Drive  
Avon Industrial Park  
Avon, MA 02332  

Dept. of the Treasury-IRS  
JFK PO Box 9112  
Insolvency Group 2  
Stop 20800  
Boston, MA 02203  

Ernst & Young  
1285 Avenue of the Americas  
New York, NY 10019  

Mark Kaplan  
12 Lantern Lane  
Chelmsford, MA 01824  

Mass. DET  
Attn:  Chief Counsel  
Hurley Bldg. Govt. Ctr.  
Boston, MA 02114  

Ontos, Inc. c/o Robert Bertoldi - Vennworks  
350 Madison Ave.  
New York, NY 10017  

Robert Bertoldi  
500 East 77th Street  
Apt. 2322  
New York, NY 10162  

Kenneth Lord  
Firestar, Inc.  
31 Nagar Park  
Acton, MA 01720  

Kenneth Lord  
11 Suzanne Road  
Lexington, MA 02420  

Richard E. Morgan  
88 Foxwood Road  
Stanford, CT 06903  

Pitney Bowes Credit Corp  
Attn: Recovery Department  
27 Waterview Dr.  
Shelton, CT 06484-4361  

Silver Plume  
4775 Walnut St, Ste 2B  
Boulder, CO 80301  

Stephen Ford  
1213 John Street  
Baltimore, MD 21217  

Vennworks  
350 Madison Ave, 16th flr.  
New York, NY 10017  

William Yerkes  
282 Kendall Road  
Tewksbury, MA 01876  

Christian J. Urbano  
Hanify & King, P.C.  
One Beacon Street  
Boston, MA 02108-3107