UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

<u>IN RE:</u>

<u>ONTOS, INC.</u>

T. MARK MORLEY

    V.                          **CIVIL ATION NO. 05-11708-RGS**

ONTOS, INC.

# <u>NOTICE OF HEARING</u>

**STEARNS, DJ.**                                                 **NOVEMBER 21, 2005**

    A HEARING ON THE BANKRUPTCY APPEAL IN THE ABOVE-CAPTIONED ACTION IS HEREBY SCHEDULED FOR:

    <u>WEDNESDAY, FEBRUARY 1, 2006 AT 2:30 P.M.</u>

**BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM #21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.**

    SO ORDERED.

                                                      **RICHARD G. STEARNS**
                                                      **UNITED STATES DISTRICT JUDGE**

                  **BY:**

                                              **/s/ Mary H. Johnson**
                                                **Deputy Clerk**