## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

IN RE:

ONTOS, INC.

T. MARK MORLEY

    V.                                  CIVIL ACTION NO. 05-11708-RGS

ONTOS INC., ET AL

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IN RE:

ONTOS, INC.

THOMAS J. MC COY

    V.                                  CIVIL ACTION NO. 05-11710-RGS

ONTOS INC., ET AL

### ORDER OF DISMISSAL

**STEARNS, DJ.**                                                                **FEBRUARY 3, 2006**

    IN ACCORDANCE WITH THIS COURT'S MEMORANDUM ENTERED ON THIS DATE,

    IT IS HEREBY ORDERED:    THE ORDERS OF THE BANKRUPTCY COURT ARE AFFIRMED, AND THE ABOVE-CAPTIONED ACTIONS ARE DISMISSED.

    SO ORDERED.

                                                    RICHARD G. STEARNS
                                                    UNITED STATES DISTRICT JUDGE

        **BY:**

                                        **/s/ Mary   H. Johnson**
                                            **Deputy Clerk**