UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-11708

T. Mark Morley

v.

Ontos, Inc.

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-17

and contained in Volume(s) I & II are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 2/28/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 22, 2006.

Sarah A Thornton, Clerk of Court

By: Jeanette Ramos
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 3/24/06 .

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL, STAY

# United States District Court
# District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-11708-RGS

Morley v. Ontos, Inc.
Assigned to: Judge Richard G. Stearns
Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BA

Date Filed: 08/15/2005
Jury Demand: None
Nature of Suit: 422 Bankruptcy Appeal (801)
Jurisdiction: Federal Question

**In Re**

**Ontos, Inc.**

**Plaintiff**

**T. Mark Morley**   represented by **Thomas Mark Morley**
Verdasys Inc.
950 Winter St.
Suite 2600
Waltham, MA 02451
339-222-4241
Fax: 781-461-9223
Email: tmmorley@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ontos, Inc.**   represented by **Donald F. Farrell, Jr.**
Anderson Aquino LLP
260 Franklin Street
Boston, MA 02110
617-289-9200
Fax: 617-439-0400
Email: DFF@andersonaquino.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Philip C. Silverman**
Anderson Aquino, LLP
260 Franklin Street
Boston, MA 02110
617-439-3500
Fax: 617-439-0400
Email: lawphils@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

<u>Appellee</u>

**Joseph G Butler**
*as Chapter 7 Trustee of the Estate of Ontos, Inc.*

<u>Appellee</u>

**Firestar Sotware, Inc.**   represented by  **Christian J. Urbano**
Hanify & King
One Beacon Street
21st Floor
Boston, MA 02108-3107
617-423-0400
Fax: 617-556-8985
Email: cju@hanify.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric P. Heichel**
Eiseman Levine Lehrhaupt & Kakoyiannis, P.C.
845 Third Avenue
New York, NY 10022
US
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harold B. Murphy**
Hanify & King, P.C.
One Beacon Street
Boston, MA 02108-3107
617-423-0400

Fax: 617-556-8985
Email: bankruptcy@hanify.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Appellee**

**Kenneth Lord**              represented by    **Christian J. Urbano**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric P. Heichel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harold B. Murphy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Appellee**

**Amphion Ventures**          represented by    **Eric P. Heichel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Appellee**

**Robert J. Bertoldi**        represented by    **Eric P. Heichel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Appellee**

**Richard C.E. Morgan**       represented by    **Eric P. Heichel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Trustee**

**John Fitzgerald**           represented by    **Joseph G. Butler**
Barron & Stadfield PC
100 Cambridge Street

Suite 1310
Boston, MA 02114
617-723-9800
Fax: 617-523-8359
Email: JGB@barronstad.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/17/2005 | 1 | Notice of APPEAL FROM BANKRUPTCY COURT. File received, filed by T. Mark Morley.(Gawlik, Cathy) (Entered: 08/17/2005) |
| 08/19/2005 | 2 | Judge Richard G. Stearns : ORDER entered. (Johnson, Mary) Modified on 2/8/2006 (Johnson, Mary). (Entered: 08/19/2005) |
| 09/07/2005 | 3 | Copy of TRANSCRIPT of Proceedings held on 6/29/05 before Judge Bankruptcy Court Judge, filed. (Flaherty, Elaine) (Entered: 09/07/2005) |
| 10/06/2005 | 4 | Appellant's BRIEF by T. Mark Morley. (Morley, Thomas) (Entered: 10/06/2005) |
| 10/21/2005 | 7 | Appellee's BRIEF by Firestar Sotware, Inc., Kenneth Lord, Amphion Ventures, Robert J. Bertoldi, Richard C.E. Morgan. (Flaherty, Elaine) (Entered: 11/02/2005) |
| 10/21/2005 | 8 | Record APPENDIX/EXHIBIT of Appellees by Firestar Sotware, Inc., Kenneth Lord, Amphion Ventures, Robert J. Bertoldi, Richard C.E. Morgan. (Flaherty, Elaine) (Entered: 11/02/2005) |
| 10/24/2005 | 5 | Appellee's BRIEF by Joseph G Butler. Appellant Reply Brief due by 11/4/2005. (Butler, Joseph) (Entered: 10/24/2005) |
| 10/31/2005 | 6 | Appellant's REPLY BRIEF by T. Mark Morley. (Morley, Thomas) (Entered: 10/31/2005) |
| 11/08/2005 | 9 | CERTIFICATE OF SERVICE by T. Mark Morley re 6 Appellant's Reply Brief *(Supplemental)*. (Morley, Thomas) (Entered: 11/08/2005) |
| 11/21/2005 | 10 | NOTICE of Hearing:Hearing on Bankruptcy Appeal set for 2/1/2006 02:30 PM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) (Entered: 11/21/2005) |

| | | |
|---|---|---|
| 02/01/2006 | | Clerk's Notes for proceedings held before Judge Richard G. Stearns : Argument on Bankruptcy Appeal 05-11708 and 05-11710 held on 2/1/2006. (Court Reporter James Gibbons.) Morley appeared pro se; Joseph Butler, the Chapter 7 Trustee, appeared on behalf of himself; Attorney Harold Murphy appeared on behalf of the non-debtor defendants. After hearing on the bankruptcy appeal, the matter was taken UNDER ADVISEMENT.(Zierk, Marsha) (Entered: 02/01/2006) |
| 02/03/2006 | 11 | Judge Richard G. Stearns : ORDER entered. MEMORANDUM AND ORDER on Appeal from Orders of the U.S. Bankruptcy Court for the District of Massachusetts (Eastern Division) (Hon. William C. Hillman, U.S. Bankruptcy Judge)(Flaherty, Elaine) (Entered: 02/03/2006) |
| 02/03/2006 | | Civil Case Terminated. (Flaherty, Elaine) (Entered: 02/03/2006) |
| 02/03/2006 | 12 | Judge Richard G. Stearns : ORDER OF DISMISSAL entered. (Johnson, Mary) (Entered: 02/06/2006) |
| 02/28/2006 | 13 | NOTICE OF APPEAL to Federal Circuit as to 12 Order, 11 Memorandum & ORDER by T. Mark Morley. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/3/2006. (Morley, Thomas) Modified on 2/28/2006 (Flaherty, Elaine). (Entered: 02/28/2006) |
| 03/03/2006 | 14 | MOTION to Stay re 12 Order, 11 Memorandum & ORDER by T. Mark Morley.(Morley, Thomas) (Entered: 03/03/2006) |
| 03/03/2006 | 15 | DESIGNATION of Record on Appeal by T. Mark Morley re 13 Notice of Appeal, (Morley, Thomas) (Entered: 03/03/2006) |
| 03/09/2006 | | USCA Appeal Fees received $ 255 receipt number 70680 re 13 Notice of Appeal, filed by T. Mark Morley, (Flaherty, Elaine) (Entered: 03/09/2006) |
| 03/14/2006 | 16 | TRANSCRIPT ORDER FORM by T. Mark Morley for proceedings held on February 1, 2006 before Judge Stearns, re 13 Notice of Appeal, (Attachments: # 1 certificate of service) (Hurley, Virginia) (Entered: 03/14/2006) |
| 03/17/2006 | 17 | Joint Opposition re 14 MOTION to Stay re 12 Order, 11 Memorandum & ORDER filed by Joseph G Butler, Firestar |

|  |  |  |
|---|---|---|
|  |  | Sotware, Inc., Kenneth Lord, Amphion Ventures, Robert J. Bertoldi, Richard C.E. Morgan. (Urbano, Christian) (Entered: 03/17/2006) |
| 03/20/2006 | 🌐 | Judge Richard G. Stearns : Electronic ORDER entered granting 14 Motion to Stay (Flaherty, Elaine) (Entered: 03/20/2006) |