**MANDATE**

*04-05-11708*
*J. Stearns*

# United States Court of Appeals
## For the First Circuit

Nos. 06-1512 and 06-1513

IN RE: ONTOS, INC.,
Debtor.

T. MARK MORLEY; THOMAS J. MCCOY,
Appellants,

v.

ONTOS, INC.; JOSEPH G. BUTLER, as Chapter 7 Trustee of
the Estate of Ontos, Inc.; FIRESTAR SOFTWARE, INC.;
KENNETH LORD; AMPHION VENTURES; ROBERT J. BERTOLDI;
RICHARD C.E. MORGAN; VENNWORKS, LLC,
Appellees.

JOHN FITZGERALD,
Trustee.

**JUDGMENT**
Entered: March 1, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: MAR 2 6 2007

By the Court:
Richard Cushing Donovan, Clerk

**MARGARET CARTER**

By: Margaret Carter, Chief Deputy Clerk

[cc: Mr. Morley, Mr. Farrell, Mr. Silverman, Mr. Butler, Mr. Urbano, Mr. Murphy & Mr. Heichel.]